IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF                        :

EZEQUIEL NIEVES ORTIZ AND               :    CASE NO. 09-04086(SEK)
ZAIDA DAVILA HERNANDEZ,

DEBTORS IN POSSESSION                   :    CHAPTER 11
-------------------------------         :

**ORDER APPROVING FIRST AMENDED DISCLOSURE STATEMENT, FIXING TIME
FOR FILING ACCEPTANCES OR REJECTION OF PLAN,
FIXING TIME FOR OBJECTIONS TO PLAN,
COMBINED WITH NOTICE THEREOF**

For the reasons stated at held on March 17, 2011, the First Amended Disclosure Statement filed on December 30, 2010, is approved. The Court now **GIVES NOTICE OF THE FOLLOWING**:

1. Within 30 days from entry of this Order, the Debtors shall mail to all creditors and parties in interest, the approved Disclosure Statement, Plan and ballots as per official form no. 30 as provided in Bankruptcy Rules 2002(b) and 3017(d).

2. The **HEARING ON CONFIRMATION** of the Plan shall be held on June 7, 2011 at 11:00 a.m.

3. Acceptances or rejections of the Plan shall be filed not later than 10 days prior to the confirmation hearing.

4. Any objection to confirmation shall be filed not later than 10 days prior to the confirmation hearing, served as required by Rule 3020(b)(1) and shall be heard at the confirmation hearing scheduled above.

**SO ORDERED**, in San Juan, Puerto Rico, on March 17, 2011.

SARA DE JESUS
U.S. Bankruptcy Judge