IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF | : |
| EZEQUIEL NIEVES ORTIZ AND | : CASE NO. 09-04086(SEK) |
| ZAIDA DAVILA HERNANDEZ, | : |
| DEBTORS IN POSSESSION | : CHAPTER 11 |

-----------------------------------

**ORDER CONFIRMING DEBTORS' FIRST AMENDED PLAN**

The First Amended Plan under Chapter 11 of the Bankruptcy Code filed by Ezequiel Nieves and Zaida Dávila Hernández on April 16, 2011, has been transmitted to creditors and parties in interest.

After hearing on notice, we find the requirement for confirmation set forth in 11 U.S.C. § 1129(a) have been satisfied.

WHEREFORE, we confirm the First Amended Plan filed by the Debtors on April 16, 2011 and further modified in open Court today.

**SO ORDERED**, in San Juan, Puerto Rico, on June 6, 2011.

SARA DE JESUS
U.S. Bankruptcy Judge

FILED & ENTERED
0 7 JUN 2011
CLERK
U.S. BANKRUPTCY COURT
SAN JUAN, PUERTO RICO